[796 NYS2d 267]

In the Matter of STEPHEN E. BARNES, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.

Fourth Department, June 10, 2005

**APPEARANCES OF COUNSEL**

*Vincent L. Scarsela, Deputy Chief Counsel, Eighth Judicial District Grievance Committee*, Buffalo, for petitioner.

*Joel L. Daniels*, Buffalo, and *Richard T. Sullivan*, Buffalo, for respondent.

### OPINION OF THE COURT

Per Curiam.

Order of censure entered. Same Per Curiam opinion as in *Matter of Cellino* (21 AD3d 229 [2005]).

SCUDDER, J.P., GORSKI, SMITH, PINE and HAYES, JJ., concur.

Order of censure entered.